FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PROJECT VERITAS; PROJECT VERITAS ACTION FUND,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>MICHAEL SCHMIDT, in his official capacity as Multnomah County District Attorney; ELLEN ROSENBLUM, in her official capacity as Oregon Attorney General,<br><br>　　　　Defendants-Appellees. | No.　22-35271<br><br>D.C. No. 3:20-cv-01435-MO<br>District of Oregon,<br>Portland<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Forrest and H.A. Thomas did not participate in the deliberations or vote in this case.